IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00012 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| AARON WILEY, | |
| Defendant. | |

This matter comes before the Court on United States' Motion for Revocation of Magistrate's Order of Defendant's Pre-Trial Release [Docket No. 9]. Having read and considered United States' Motion, the Court believes that it would benefit from a response by Defendant.

Accordingly, IT IS HEREBY ORDERED THAT Defendant shall file a response to the United States' Motion, if any, by 5:00 p.m. on March 6, 2006.

IT IS SO ORDERED.

Dated: 3/6/06

SAUNDRA BROWN ARMSTRONG
United States District Judge